MATA

v.

**CROWTHER**

20160403

20160016

Supreme Court of Utah.

07/13/2016

Petition for Writ of Certiorari Denied.